**E-FILED**
Wednesday, 23 October, 2013  01:26:24 PM
Clerk, U.S. District Court, ILCD

# UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF ILLINOIS

Hurlestine Pardee )
)
_____ )
(Name of the plaintiff or plaintiffs) )  CIVIL ACTION
)
v. )  NO. 13-1503
Chase Bank )
Greg Honey )
Bev Davis (Anderson )
_____ )
(Name of the defendant or defendants) )

FILED
OCT 2 3 2013
CLERK OF COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

## COMPLAINT OF EMPLOYMENT DISCRIMINATION

1.  Plaintiff ☐ DOES ☒ DOES NOT demand a jury trial.

### I. PARTIES

2.  The plaintiff is _Hurlestine Pardee_
whose street address is _1404 N. Amber Place_
(city) _Peoria_ (state) _Il_ (ZIP) _61606_
(Plaintiff's telephone number) _309 - 686 3783_

3.  The defendant is _Greg Honey and Bev Anderson_, whose
street address is _2301 N. Wisconsin Ave, Chase Bank_
(city) _Peoria_ (state) _Il_ (ZIP) _61603_
(Defendant's telephone number) _309 - 672 6219_

4.  The alleged discrimination occurred at _2301 N. Wisconsin Ave_
(city) _Peoria_ (state) _Il_ (ZIP) _61603_

5. The plaintiff [*check one box*]

(a) ☐   was denied employment by the defendant.

(b) ☒   was hired and is still employed by the defendant.

(c) ☐   was employed but is no longer employed by the defendant.

6. The defendant discriminated against the plaintiff on or about, or beginning on or about, (month) *April*, (day)_____, (year) *2004*

## II. JURISDICTION

7. Jurisdiction over this claim is based on 28 U.S.C. § 1331. Plaintiff alleges that the defendant(s) discriminated against Plaintiff because of Plaintiff's:

☒ Age (The Age Discrimination in Employment Act, 29 U.S.C. § 621)

☒ Color (Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. § 2000e)

☐ Disability (The Americans with Disabilities Act, 42 U.S.C. § 12101 and/or The Rehabilitation Act, 29 U.S.C. § 701)

☐ National Origin (Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. § 2000e)

☒ Race (Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. § 2000e)

☐ Race (42 U.S.C. § 1981)

☐ Religion  (Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. § 2000e)

☐ Sex/Gender (Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. § 2000e)

☐ Sex/Gender (Equal Pay Act, 29 U.S.C. § 206)

☐ Use of Leave (Family and Medical Leave Act, 29 U.S.C. § 2611)

☐ Other (list): _____

8. Plaintiff ☒ HAS ☒ HAS NOT filed a charge before the United States Equal Employment Opportunity Commission (EEOC) relating to this claim of employment discrimination. **[Attach a copy of charge to this complaint.]**

9. Plaintiff ☒ HAS ☐ HAS NOT filed a charge before the Illinois Department of Human Rights (IDHR) relating to this claim of employment discrimination. **[Attach a copy of charge to this complaint.]**

*also went to NwACP for help and filed ~~these~~ 2 Discrimination throu JP Morgan Chace*

10. Plaintiff ☒ HAS ☐ HAS NOT received a Right to Sue Notice.  If yes, Plaintiff's Right to Sue
Notice was received on or about (date) ___10/1/13___

**[Attach copy of Notice of Right to Sue to this complaint.]**

### III.  FACTS IN SUPPORT OF CLAIM

11. The defendant intentionally discriminated against Plaintiff [*check only those that apply*]:

(a) ☐    by failing to hire the plaintiff.

(b) ☐    by terminating the plaintiff's employment.

(c) ☐    by failing to promote the plaintiff.

(d) ☒    by failing to stop harassment;

(e) ☐    by failing to reasonably accommodate the plaintiff's disabilities.

(f) ☐    by failing to reasonably accommodate the plaintiff's religion.

(g) ☒    by retaliating against the plaintiff because the plaintiff did something to assert
rights protected by the laws; *Have Been Criminal*

(h) ☒    by coercing, intimidating, threatening or interfering with the plaintiff's exercise or
enjoyment of rights; *People Coming to my home* *Put Bin in my Sqnd which*

(i) ☒    with respect to the compensation, terms, conditions, or privileges of employment; *2004, Bev Anderson and Greg Haney Rob Tool*

(j) ☐    other (specify): *After felix Discrimation in 2010*
*throw Chase Bank and also wrote*
*the CEO Jamie Deamon a letter Concerning* *January 2011*
*this Mathur, these two Greg Haney and* *Feb, 2011*
*Bev Anderson put strizk pins in my Coat*
*& Glue on my mat Substance in*
*my Coffee weh I believe with on for*
*a Peoid of two Years. throw and hit*
*me with objects³ when my back is*
*tuned, Put Dead Bugs on my Desk Stole*
*My Keys to my home and Stale and*
*damage items in my house, Damage to my Car*

12. State here briefly and as clearly as possible the essential facts of your claim.  Describe
precisely how each defendant in this action is involved.  Give dates and places.
Concentrate on describing as clearly and simply as possible what employment action or
situation you allege to have been illegal and how it violated your rights.  It is not
necessary to make legal arguments or cite any cases or statutes.

Aprie 2004, Greg Haney Bev Davis now know
as Bev Anderson Ask me To have lunch with Them
They Put a big Bug in my Sandwich (2004)
a nother Employee name Rob Idol was
also involved still work For Chase. Abruse
Continue. Apri, 2004 was made To Take my
GrandKids Pictures off my Desk she keep
her up. After All Those years of
Abruse, wrote a letter To Jammie wrote her
Dimiond CEO of The Bank Telling him          Jan 2011
how I was mistreated. Around Guly 15, 2010 Field
DisCrimation Every Sine Retalgt 10's Bev Davis
Gave me Coffee on July 8, 2011 I was D'Ruged

13. THEREFORE, the plaintiff asks that the court grant the following relief to the plaintiff
[check only those that apply]

(a) ☐   Direct the defendant to hire the plaintiff.

(b) ☐   Direct the defendant to re-employ the plaintiff.

(c) ☐   Direct the defendant to promote the plaintiff.

(d) ☐   Direct the defendant to reasonably accommodate the plaintiff's religion.

(e) ☐   Direct the defendant to reasonably accommodate the plaintiff's disabilities.

(f) ☐   Direct the defendant to (specify): Resolue retalation issues.
damages and damages to
Personl property. I have
When lie     some problems Due
I retun to work to being DRuged. also
retun to my Regula Destroyed Out Side of my CAR
Position at Wisconson Plaza

I was hit with Items
From Bev anderson, Streight Pens, Feb 2011
Put in my Coat, Gave me Coffee July 8 201
and 1/2 he to 45 mins later I get
Alusangting. Taking medicine For That

(g) ☒  If available, grant the plaintiff appropriate injunctive relief, lost wages, liquidated/double damages, front pay, compensatory damages, punitive damages, prejudgment interest, post-judgment interest, and costs, including reasonable attorney fees and expert witness fees.

(h) ☒  Grant such other relief as the Court may find appropriate.

_Hurlestine Randle_
(Plaintiff's signature)

_Hurlestine Randle_
(Plaintiff's name)

_1404 N. Amber Place_
(Plaintiff's street address)

(City) _Peoria_ (State) _IL_ (ZIP) _61606_

(Plaintiff's telephone number) _309-686 3783_

Date: _10/8/13_

5

April 23, 2013

**CERTIFIED MAIL -**
**RETURN RECEIPT REQUESTED**

John Donley, Director
Human Resource Department
JP Morgan Chase Bank
270 Park Avenue
New York, NY  10017

Re:  Restraining Orders

Dear Mr. Donley:

I, Hurlestine Randle, am a 22 year employee of JP Morgan Chase Bank.  I
have been a victim of continued abuse for the past ten years.  It continues to
happen.  Having contacted the Human Resources department and the
Retaliation Division of JP Morgan numerous times, as well as a current case
filed with the Illinois Department of Human Rights locally, I have no other
option but to contact the courts.  I fear for my safety.   Upon request by
Judge Lisa Wilson on April 22, I am forwarding copies of Restraining Orders
filed in Peoria County, Peoria, Illinois against Greg Haney and Beverly
Anderson (formerly:  Davis).

Sincerely,

*Hurlestine Randle*
Hurlestine Randle

Enclosures

# CIRCUIT COURT OF ILLINOIS

10 _____ **JUDICIAL CIRCUIT**

*Peoria* _____ **COUNTY**

*Hurlestine Randle*
_____
**Petitioner**

☑ Independent
☐ Criminal
☐ Juvenile

**Name(s) of other protected parties**
*same*
_____

*Check if filing on behalf of:*
☐ a minor child, or ☐ an adult who because of age, disability, health, or inaccessibility cannot file the petition *(list name(s) below)*

_____

FILED
ROBERT M. SPEARS
APR 22 2013
CLERK OF THE CIRCUIT COURT
PEORIA COUNTY, ILLINOIS

(file stamp)

vs. *Greg Haney*
_____
**Respondent**

Case # *130P 363*
(to be completed by Court)

## STALKING NO CONTACT ORDER

### ☒ EMERGENCY STALKING NO CONTACT ORDER

| | | | |
|---|---|---|---|
| Issued on: | Date: *4-22-13* | Time: *4:32* | a.m./~~p.m.~~ |
| Expires on: | Date: *5-10-13* | Time: *2:15* | a.m./~~p.m.~~ |

### ☒ NOTICE

Hearing is set for: Date: *May 10, 2013* Time: *2:15* a.m./~~p.m.~~ at the
*Peoria* County Courthouse, Courtroom *210*, *324 N. Main St.*
*Peoria* , IL
(city)                                                                (street address)

### ☐ PLENARY STALKING NO CONTACT ORDER
### (Requires Service of Process Under 740 ILCS 21/60)

Issued on: Date: _____ Time: _____ a.m./p.m.
In effect until:
☐ _____, 20 _____ (not to exceed 2 years).
☐ This Stalking No Contact Order is modified or vacated.
☐ Final disposition when a Bond Forfeiture Warrant has been issued.
☐ Two years following expiration of any sentence of supervision, conditional discharge, probation, periodic imprisonment, imprisonment or mandatory supervised release on _____
☐ Final judgment is rendered in Case No. _____ .

☐ Petitioner ☐ Respondent given a copy of this Order in open court on _____/_____/_____ .

Form approved by the Conference of Chief Circuit Judges.
Effective December 11, 2009
Use required after January 1, 2010

Page 1 of 5 – Stalking No Contact Order

## PETITIONER INFORMATION

Name: _Hudston, Rosalie_

Address: _1404 N Arter Place_ _Peoria, Il 61606_
          (Street/P.O. Box)                          (City)        (State)      (Zip Code)

☐   Disclosure of Petitioner's and/or protected party'(s) address would risk further harm.
The address listed above is Petitioner's and/or protected party'(s) alternative address for service
of notice.

Other protected persons (persons to be included in the Stalking No Contact Order), in addition to
the Petitioner are:
Name: _____
Address: _____
          (Street/P.O. Box)                          (City)        (State)      (Zip Code)

Name: _____
Address: _____
          (Street/P.O. Box)                          (City)        (State)      (Zip Code)

## RESPONDENT INFORMATION
### (if known)

Name: _Greg Haney_                         DOB: _____

Sex: ☒ Male  ☐ Female   Race: _white_  Height: _5'5"_  Weight: _170_

Hair Color: _____   Eye Color: _Blue_   Social Security #: XXX-XX-_____
                                                                      (last 4 numbers)
Driver's License #: _____   License Plate #: _____

Other Numeric Identifier: _____   Description _____
                          (number-optional)          (e.g. passport #, military serial # or other)

☐ Home Address: _____
                 (Street/P.O. Box)         (City)           (State)        (Zip)
Name of Workplace: _2301 N. Wisconsin Ave_ Work Hours: _9—5_

☐ Work Address: _____
                 (Street/P.O. Box)         (City)           (State)        (Zip)

Distinguishing Physical Features: _____

☐ Respondent is incarcerated at _____

☐ Respondent's address is unknown

## CAUTION INDICATOR
Respondent may be  ☐ (A)   ☐ (S)   ☐ (Y)

Page 2 of 5 – Stalking No Contact Order

## NOTICE TO RESPONDENT

ANY KNOWING VIOLATION OF A STALKING NO CONTACT ORDER IS A CLASS A MISDEMEANOR. ANY SECOND OR SUBSEQUENT VIOLATION IS A CLASS 4 FELONY.

### NOTICE TO LAW ENFORCEMENT AGENCIES AND OFFICERS

Any law enforcement officer may make an arrest without warrant if the officer has probable cause to believe that the person has committed or is committing a violation of a stalking no contact order. 740 ILCS 21/130 (a)

### FINDINGS [Emergency Order]

☒ **The Court** finds that good cause exists for granting the remedy regardless of prior service of process or notice upon the Respondent, because the harm which that remedy is intended to prevent would be likely to occur if Respondent were given any prior notice or greater notice than was given, of Petitioner's efforts to obtain judicial relief.

### FINDINGS [Jurisdiction]

The court finds that Respondent:

☐     has been served with process and notice pursuant to statute.
☐     has entered an appearance in this case.
☐     is present in court, in person, and/or with counsel, _____
☐     is in default.
☐     has filed an answer.

☐     Finding that Petitioner has diligently attempted to complete service of process, has not been able to serve Respondent, and has given notice by publication (service completed 30 days after the first of three publication notices) Reasonable efforts to accomplish actual service has been shown by evidence or affidavit (740 ILCS 21/60 (c)).

### FINDINGS [General]

In granting the following remedies, the Court has considered all relevant factors, including but not limited to the nature, severity and impact on the Petitioner of Respondent's two or more acts of following, monitoring, observing, surveilling, threatening, communicating or interfering or damaging property or pets of Petitioner, including Respondent's concealment of his/her location in order to evade service of process or notice, and the likelihood of danger of future acts of following, monitoring, observing, surveilling, threatening, communicating or interfering or damaging property or pets of the party to be protected.

The Court further finds that:

☒     Venue is proper (740 ILCS 21/55).
☒     Upon examination of the Verified Petition, Petitioner under oath, and other evidence, Petitioner is a victim of two or more acts of following, monitoring, observing, surveilling, threatening, communicating, or inferring or damaging to property or pets by Respondent.
☐     The victim is unable to bring this Petition on his/her own behalf due to age, health, disability, or inaccessibility (740 ILCS 21/15(b)).
☐     The parties stipulate to a factual basis for the issuance of a Stalking No Contact Order.

Page 3 of 5 – Stalking No Contact Order

**IT IS ORDERED THAT:**

1. ☒ Respondent is prohibited from threatening to commit or committing stalking personally or through third party.

2. ☒ That the Respondent may not contact the Petitioner in any way, directly, indirectly or through third parties, including, but not limited to, phone, written notes, mail, email, or fax.

3. ☒ That the Respondent be ordered to stay at least ___300___ feet away from the Petitioner, and Petitioner's residence. school, daycare, employment and any other specified place.  That Respondent be prohibited from entering or remaining at the Petitioner's:

   ☒ place of residence, located at ___1404 N. Amber Place, Peoria, IL 61606___

   ☐ place(s) of employment, located at _____

   ☐ school(s) or daycare(s), located at _____

   ☒ and any of the following specified places, when Petitioner is present: ___Any location___

4. ☐ Respondent is prohibited from possessing a Firearms Owners Identification Card, or possessing or buying firearms.

5. ☐ Other injunctive relief as follows: _____

_____

If petitioner is requesting costs and/or attorney fees, petitioner shall file a motion and itemized bills and invoices within 30 days of this order.

This order can be extended upon notice filed in the office of the Clerk of this Court and a hearing held **prior to the expiration of this Order**. NOTE: To ensure adequate time for a hearing, it is recommended that Petitioner seek an extension at least 3 weeks prior to the expiration of this order.

_____
JUDGE

I hereby certify that this is a true and correct copy of the original Order on file with the court.

_____

(Seal of the Clerk of Circuit Court)

Clerk of the Circuit Court of

___Peoria___ County, IL

Date: ___4.22.13___

cc: ☐ Petitioner ☐ Respondent ☐ Counsel of Record ☐ Sheriff ☐ Advocate ☐ Jail ☐ S/A

Page 4 of 5 – Stalking No Contact Order

## DEFINITION OF TERMS USED IN THIS STALKING NO CONTACT ORDER

1.  **Stalking No Contact Order:** an emergency order or plenary order granted under the Stalking No Contact Order Act (the Act), which includes any remedy authorized by 740 ILCS 21/80.

2.  **Course of Conduct:** means two or more acts, including but not limited to acts in which a respondent directly, indirectly, or through third parties, by any action, method, device, or means communicates to or about, a person, engages in other contact, or interferes with or damages a person's property or pet. A course of conduct may include contact via electronic communications. The incarceration of a person in penal institution who commits the course of conduct is not a bar to prosecution under this Section.

3.  **Emotional distress:** means significant mental suffering, anxiety or alarm.

4.  **Contact:** includes any contact with the victim, that is initiated or continued without the victim's consent, or that is in disregard of the victim's expressed desire that the contact be avoided or discontinued, including but not limited to being in the physical presence of the victim; appearing within the sight of the victim; approaching or confronting the victim in a public place or on private property; appearing at the workplace or residence of the victim; entering onto or remaining on property owned, leased, or occupied by the victim; or placing an object on, or delivering an object to, property owned, leased, or occupied by the victim.

5.  **Petitioner:** means any named petitioner for the stalking no contact order or any named victim of stalking on whose behalf the petition is brought.

6.  **Reasonable Person:** means a person in the petitioner's circumstances with the petitioner's knowledge of the respondent and the respondent's prior acts.

7.  **Stalking:** means engaging in a course of conduct directed at a specific person, and he or she knows or should know that this course of conduct would cause a reasonable person to fear for his or her safety or the safety of a third person or suffer emotional distress. Stalking does not include an exercise of the right to free speech or assembly that is otherwise lawful or picketing occurring at the workplace that is otherwise lawful and arises out of a bona fide labor dispute, including any controversy concerning wages, salaries, hours, working conditions or benefits, including health and welfare, sick leave, insurance, and pension or retirement provisions, the making or maintaining of collective bargaining agreements, and the terms to be included in those agreements.

CIRCUIT COURT OF ILLINOIS

___10___ JUDICIAL CIRCUIT

___Peoria___ COUNTY

*Hurlestine Randle*
Petitioner's Name (person completing form)

Name(s) of other protected parties

_____

_____

*Check if filing on behalf of:*
☐ a minor child, or ☐ an adult who because of
age, disability, health, or inaccessibility cannot
file the petition (list name(s) below)

_____

vs.

*Greg Haney*
Respondent's Name (person you want protection from)

☒ Independent
☐ Criminal
☐ Juvenile

FILED
ROBERT M. SPEARS
APR 22 2013
CLERK OF THE CIRCUIT COURT
PEORIA COUNTY, ILLINOIS

(file stamp)

Case # __13OP363__
(to be completed by Court)

## VERIFIED PETITION FOR STALKING NO CONTACT ORDER

### PETITIONER INFORMATION

Name: *Hurlestine Randle*

Address: *1404  N. Amber PT  Peoria, IL  61606*
(Street/P.O. Box)          (City)          (State)     (Zip Code)

☐ Disclosure of Petitioner's and/or protected party'(s) address would risk further harm. The address listed
above is Petitioner's and/or protected party'(s) alternative address for service of notice.

Other protected persons (persons to be included in the Stalking No Contact Order), in addition to the Petitioner
are:
Name: _____

Address: _____
(Street/P.O. Box)          (City)          (State)     (Zip Code)

Name: _____

Address: _____
(Street/P.O. Box)          (City)          (State)     (Zip Code)

Form approved by the Conference of Chief Circuit Judges.
Effective December 11, 2009
Use required after January 1, 2010
Page 1 of 5 – Petition for Stalking No Contact Order

## RESPONDENT INFORMATION
### (if known)

Name: Greg Haney

DOB: _____

Sex: ☒ Male  ☐ Female   Race: White   Height: 5'5"   Weight: 170

Hair Color: Bold   Eye Color: Blue   Social Security #: XXX-XX-_____
(last 4 numbers)

Driver's License #: _____   License Plate #: _____

Other Numeric Identifier: _____   Description: _____
(number - optional)   (e.g. passport #, military serial # or other)

☐ Home Address: _____
(Street/P.O. Box)   (City)   (State)   (Zip)

Name of Workplace: 2301 N. Wisconsin Ave   Work Hours: 9 - 5

☐ Work Address: _____
(Street/P.O. Box)   (City)   (State)   (Zip)

Distinguishing Physical Features: _____
(tattoos, scars, etc.)

---

☐ Respondents address is unknown. Service by publication is requested (Section 2-206 (a) of the Code of Civil Procedure). Reasonable efforts to accomplish actual service must be shown by evidence or affidavit. (740 ILCS 21/60(c))

Respondent may be:
☐ considered armed and/or dangerous
☐ suicidal
☐ considered armed, dangerous and suicidal

I am requesting a Stalking No Contact Order because on or about April 21, 2013, at about 4:0_
(date)
~~to~~ had Police Offic To look at my CAR FOR
(location)
be Vandalized
the following occurred: (Be specific as to dates, events and location(s) and describe at least 2 incidents)
Greghaney ~~and~~ has pertisapated in this inapropate Behavior With Bev Anderson. Greg haney has Been talking me every sine 2010, my CAR is being ~~Ra~~ Damage. They pulled siding off my house, They have put big holes in the walls of my home and also Damage to my Swing pool Greg haney Told me That chase Think he is doing all These Bad Thing to You, He stated That he is going to do even worse. I made

Concering These threats I
have m been Treaten Several
Time Since Then. All The Police
Reports That I made out are
pretaing to Both Parties. Multiple Race

<span style="font-size:smaller">(additional pages may be added)</span>

Venue is appropriate in this county because ☑ the Petitioner resides here; ☑ the Respondent resides here, ☑ one or more acts of the alleged stalking occurred here (check all that apply).

## REMEDIES SECTION  (Section 80)

Pursuant to the Stalking No Contact Order Act, the Petitioner seeks the following remedies:

1. ☑ That prohibits the respondent from threatening to commit or committing stalking personally or through third party.

2. ☑ That the Respondent may not contact the Petitioner and/or other protected persons in any way, directly, indirectly or through third parties, including, but not limited to, phone, written notes, mail, email, or fax

3. ☑ That the Respondent be ordered to stay at least __300__ feet away from the Petitioner and/or other protected persons, and their residence, school, daycare, employment and any other specified place. That Respondent be prohibited from entering or remaining at the Petitioner's and/or other protected persons':

   ☑ place of residence, located at __1404   N. Amber Place__

   ☐ place(s) of employment, located at _____

   ☐ school(s) or/ and daycare, located at _____

   ☑ and any of the following specified places, when Petitioner and/or other protected persons are present: __Any Location__

3. ☐ That the Respondent be prohibited from possessing a Firearms Owners Identification Card, or possessing or buying firearms.

4. ☐ Other injunctive relief as follows:

   _____
   _____

WHEREFORE, Petitioner moves the Court to grant the relief requested in this petition.

Page 3 of 5 Petition for Stalking No Contact Order

## VERIFICATION

UNDER THE PENALTIES OF PERJURY AS PROVIDED BY LAW PURSUANT TO SECTION 1-109 OF THE CODE OF CIVIL PROCEDURE, THE UNDERSIGNED CERTIFIES THAT THE STATEMENTS SET FORTH IN THIS INSTRUMENT ARE TRUE AND CORRECT, EXCEPT AS TO MATTERS HEREIN STATED TO BE ON INFORMATION AND BELIEF AND AS TO SUCH MATTERS THE UNDERSIGNED CERTIFIES AS AFORESAID THAT THE UNDERSIGNED VERILY BELIEVES THE SAME TO BE TRUE.

_Winteslen Randle_

Signature of Petitioner

Petitioner's Attorney or Petitioner if not represented by an attorney

Name: _____

Telephone Number _____

Address _____

City/State/Zip _____

## DEFINITION OF TERMS USED IN THIS PETITION

1.  **Stalking No Contact Order:** an emergency order or plenary order granted under the Stalking No Contact Order Act (the Act), which includes any remedy authorized by 740 ILCS 21/80.

2.  **Course of Conduct:** means two or more acts, including but not limited to acts in which a respondent directly, indirectly, or through third parties, by any action, method, device, or means communicates to or about, a person, engages in other contact, or interferes with or damages a person's property or pet. A course of conduct may include contact via electronic communications. The incarceration of a person in penal institution who commits the course of conduct is not a bar to prosecution under this Section.

3.  **Emotional distress:** means significant mental suffering, anxiety or alarm.

4.  **Contact:** includes any contact with the victim, that is initiated or continued without the victim's consent, or that is in disregard of the victim's expressed desire that the contact be avoided or discontinued, including but not limited to being in the physical presence of the victim; appearing within the sight of the victim; approaching or confronting the victim in a public place or on private property; appearing at the workplace or residence of the victim; entering onto or remaining on property owned, leased, or occupied by the victim; or placing an object on, or delivering an object to, property owned, leased, or occupied by the victim.

5.  **Petitioner:** means any named petitioner for the stalking no contact order or any named victim of stalking on whose behalf the petition is brought.

6.  **Reasonable Person:** means a person in the petitioner's circumstances with the petitioner's knowledge of the respondent and the respondent's prior acts.

7.  Stalking: means engaging in a course of conduct directed at a specific person, and he or she knows or should know that this course of conduct would cause a reasonable person to fear for his or her safety or the safety of a third person or suffer emotional distress. Stalking does not include an exercise of the right to free speech or assembly that is otherwise lawful or picketing occurring at the workplace that is otherwise lawful and arises out of a bona fide labor dispute, including any controversy concerning wages, salaries, hours, working conditions or benefits, including health and welfare, sick leave, insurance, and pension or retirement provisions, the making or maintaining of collective bargaining agreements, and the terms to be included in those agreements.

# CIRCUIT COURT OF ILLINOIS

_____ PEORIA _____ **JUDICIAL CIRCUIT**

_____ COUNTY

_Hurkestine Randle_

Petitioner

Name(s) of other protected parties

_____

_____

_Check if filing on behalf of:_
☐ a minor child, or ☐ an adult who because of
age, disability, health, or inaccessibility cannot
file the petition _(list name(s) below)_

_____

vs.

_Beverly Anderson_

Respondent

☑ Independent
☐ Criminal
☐ Juvenile

**FILED**
ROBERT M. SPEARS
APR 22 2013
CLERK OF THE CIRCUIT COURT
PEORIA COUNTY, ILLINOIS

(file stamp)

Case # _130P 362_
(to be completed by Court)

## STALKING NO CONTACT ORDER

### ☑ EMERGENCY STALKING NO CONTACT ORDER

Issued on: Date: _4-22-13_ Time: _4:35_ a.m./**p.m.**

Expires on: Date: _5-10-13_ Time: _2:15_ a.m./**p.m.**

### ☐ NOTICE

Hearing is set for: Date: _5-10-13_ Time: _2:15_ a.m./**p.m.** at the
_Peoria_ County Courthouse, Courtroom _210_, _324 N. Mains t_
_Peoria_, IL                                                      (street address)
(city)

### ☐ PLENARY STALKING NO CONTACT ORDER
### (Requires Service of Process Under 740 ILCS 21/60)

Issued on: Date: _____ Time: _____ a.m./p.m.

In effect until:

☐ _____, 20 _____ (not to exceed 2 years).
☐ This Stalking No Contact Order is modified or vacated.
☐ Final disposition when a Bond Forfeiture Warrant has been issued.
☐ Two years following expiration of any sentence of supervision, conditional discharge, probation,
periodic imprisonment, imprisonment or mandatory supervised release on _____.
☐ Final judgment is rendered in Case No. _____

☐ Petitioner ☐ Respondent given a copy of this Order in open court on _____ / _____ / _____.

Form approved by the Conference of Chief Circuit Judges.
Effective December 11, 2009
Use required after January 1, 2010

Page 1 of 5 – Stalking No Contact Order

## PETITIONER INFORMATION

Name: _Huckster Poole_

Address: _1404 N. Anta Place    Peoria, Ill 61606_
_____
(Street/P.O. Box)      (City)      (State)      (Zip Code)

☐ Disclosure of Petitioner's and/or protected party'(s) address would risk further harm. The address listed above is Petitioner's and/or protected party'(s) alternative address for service of notice.

Other protected persons (persons to be included in the Stalking No Contact Order), in addition to the Petitioner are:

Name: _____
Address: _____
(Street/P.O. Box)      (City)      (State)      (Zip Code)

Name: _____
Address: _____
(Street/P.O. Box)      (City)      (State)      (Zip Code)

## RESPONDENT INFORMATION
### (if known)

Name: _Beverly Davis_      DOB: _____

Sex: ☐ Male  ☒ Female  Race _White_  Height: _5'5"_  Weight: _160_

Hair Color: _Brown highlights_  Eye Color: _Brown_  Social Security #: XXX-XX-_____
(last 4 numbers)

Driver's License #: _____  License Plate #: _____

Other Numeric Identifier: _____  Description _____
(number-optional)      (e.g. passport #, military serial # or other)

☐ Home Address: _____
(Street/P.O. Box)      (City)      (State)      (Zip)

Name of Workplace: _Chase Bank_      Work Hours: _9 to 5_

☒ Work Address: _301 N. Wisconsin Ave    Peoria, Ill 61603_
(Street/P.O. Box)      (City)      (State)      (Zip)

Distinguishing Physical Features: _____

☐ Respondent is incarcerated at _____

☐ Respondent's address is unknown

## CAUTION INDICATOR
Respondent may be  ☐ (A)   ☐ (S)   ☐ (Y)

Page 2 of 5 – Stalking No Contact Order

## NOTICE TO RESPONDENT

ANY KNOWING VIOLATION OF A STALKING NO CONTACT ORDER IS A CLASS A MISDEMEANOR. ANY SECOND OR SUBSEQUENT VIOLATION IS A CLASS 4 FELONY.

## NOTICE TO LAW ENFORCEMENT AGENCIES AND OFFICERS

Any law enforcement officer may make an arrest without warrant if the officer has probable cause to believe that the person has committed or is committing a violation of a stalking no contact order. 740 ILCS 21/130 (a)

## FINDINGS [Emergency Order]

[X] **The Court** finds that good cause exists for granting the remedy regardless of prior service of process or notice upon the Respondent, because the harm which that remedy is intended to prevent would be likely to occur if Respondent were given any prior notice or greater notice than was given, of Petitioner's efforts to obtain judicial relief.

## FINDINGS [Jurisdiction]

The court finds that Respondent:

- [ ] has been served with process and notice pursuant to statute.
- [ ] has entered an appearance in this case.
- [ ] is present in court, in person, and/or with counsel, _____
- [ ] is in default.
- [ ] has filed an answer.

- [ ] Finding that Petitioner has diligently attempted to complete service of process, has not been able to serve Respondent, and has given notice by publication (service completed 30 days after the first of three publication notices) Reasonable efforts to accomplish actual service has been shown by evidence or affidavit (740 ILCS 21/60 (c)).

## FINDINGS [General]

In granting the following remedies, the Court has considered all relevant factors, including but not limited to the nature, severity and impact on the Petitioner of Respondent's two or more acts of following, monitoring, observing, surveilling, threatening, communicating or interfering or damaging property or pets of Petitioner, including Respondent's concealment of his/her location in order to evade service of process or notice, and the likelihood of danger of future acts of following, monitoring, observing, surveilling, threatening, communicating or interfering or damaging property or pets of the party to be protected.

The Court further finds that:

- [X] Venue is proper (740 ILCS 21/55).
  Upon examination of the Verified Petition, Petitioner under oath, and other evidence, Petitioner is a victim of two or more acts of following, monitoring, observing, surveilling, threatening, communicating, or inferring or damaging to property or pets by Respondent.
- [ ] The victim is unable to bring this Petition on his/her own behalf due to age, health, disability, or inaccessibility (740 ILCS 21/15(b)).
- [ ] The parties stipulate to a factual basis for the issuance of a Stalking No Contact Order.

**IT IS ORDERED THAT:**

1. [X]  Respondent is prohibited from threatening to commit or committing stalking personally or through third party.

2. [X]  That the Respondent may not contact the Petitioner in any way, directly, indirectly or through third parties, including, but not limited to, phone, written notes, mail, email, or fax.

3. [X]  That the Respondent be ordered to stay at least ___300___ feet away from the Petitioner, and Petitioner's residence, school, daycare, employment and any other specified place. That Respondent be prohibited from entering or remaining at the Petitioner's:

   [X]  place of residence, located at _Peoria__ 1404 N. Amber Place Peoria___ IL 61606___

   [ ]  place(s) of employment, located at _____

   [ ]  school(s) or daycare(s), located at _____

   [X]  and any of the following specified places, when Petitioner is present: _Any location___

4. [ ]  Respondent is prohibited from possessing a Firearms Owners Identification Card, or possessing or buying firearms.

5. [ ]  Other injunctive relief as follows: _____

If petitioner is requesting costs and/or attorney fees, petitioner shall file a motion and itemized bills and invoices within 30 days of this order.

This order can be extended upon notice filed in the office of the Clerk of this Court and a hearing held **prior to the expiration of this Order**. NOTE: To ensure adequate time for a hearing, it is recommended that Petitioner seek an extension at least 3 weeks prior to the expiration of this order.

_____
JUDGE

I hereby certify that this is a true and correct copy of the original Order on file with the court.

_____
Clerk of the Circuit Court of

(Seal of the Clerk of Circuit Court)

Peoria _____ County, IL

Date: ___4.22.13___

cc: [ ] Petitioner  [ ] Respondent  [ ] Counsel of Record  [ ] Sheriff  [ ] Advocate  [ ] Jail  [ ] S/A

Page 4 of 5 – Stalking No Contact Order

## DEFINITION OF TERMS USED IN THIS STALKING NO CONTACT ORDER

1.  **Stalking No Contact Order:** an emergency order or plenary order granted under the Stalking No Contact Order Act (the Act), which includes any remedy authorized by 740 ILCS 21/80.

2.  **Course of Conduct:** means two or more acts, including but not limited to acts in which a respondent directly, indirectly, or through third parties, by any action, method, device, or means communicates to or about, a person, engages in other contact, or interferes with or damages a person's property or pet. A course of conduct may include contact via electronic communications. The incarceration of a person in penal institution who commits the course of conduct is not a bar to prosecution under this Section.

3.  **Emotional distress:** means significant mental suffering, anxiety or alarm.

4.  **Contact:** includes any contact with the victim, that is initiated or continued without the victim's consent, or that is in disregard of the victim's expressed desire that the contact be avoided or discontinued, including but not limited to being in the physical presence of the victim; appearing within the sight of the victim; approaching or confronting the victim in a public place or on private property; appearing at the workplace or residence of the victim; entering onto or remaining on property owned, leased, or occupied by the victim; or placing an object on, or delivering an object to, property owned, leased, or occupied by the victim.

5.  **Petitioner:** means any named petitioner for the stalking no contact order or any named victim of stalking on whose behalf the petition is brought.

6.  **Reasonable Person:** means a person in the petitioner's circumstances with the petitioner's knowledge of the respondent and the respondent's prior acts.

7.  **Stalking:** means engaging in a course of conduct directed at a specific person, and he or she knows or should know that this course of conduct would cause a reasonable person to fear for his or her safety or the safety of a third person or suffer emotional distress. Stalking does not include an exercise of the right to free speech or assembly that is otherwise lawful or picketing occurring at the workplace that is otherwise lawful and arises out of a bona fide labor dispute, including any controversy concerning wages, salaries, hours, working conditions or benefits, including health and welfare, sick leave, insurance, and pension or retirement provisions, the making or maintaining of collective bargaining agreements, and the terms to be included in those agreements.

CIRCUIT COURT OF ILLIN_ S

_10_ JUDICIAL CIRCUIT

_Peoria_ COUNTY

_Hurlestine Randle_
Petitioner's Name (person completing form)

Name(s) of other protected parties

_____

_____

_Check if filing on behalf of:_
☐ a minor child, or ☐ an adult who because of
age, disability, health, or inaccessibility cannot
file the petition *(list name(s) below)*

_____

vs
_Beverly B Anderson_
Respondent's Name *(person you want protection from)*

☒ Independent
☐ Criminal
☐ Juvenile

FILED
ROBERT M. SPEARS
APR 22 2013
CLERK OF THE CIRCUIT COURT
PEORIA COUNTY, ILLINOIS

(file stamp)

Case # _130P 362_
(to be completed by Court)

## VERIFIED PETITION FOR STALKING NO CONTACT ORDER

### PETITIONER INFORMATION

Name: _Hurlestine Randle_

Address: _1404 N. Amber Place Peoria IL 61606_
     (Street/P.O. Box)     (City)     (State)     (Zip Code)

☐    Disclosure of Petitioner's and/or protected party'(s) address would risk further harm. The address listed
above is Petitioner's and/or protected party'(s) alternative address for service of notice.

Other protected persons (persons to be included in the Stalking No Contact Order), in addition to the Petitioner
are:

Name: _____

Address: _____
     (Street/P.O. Box)     (City)     (State)     (Zip Code)

Name: _____

Address: _____
     (Street/P.O. Box)     (City)     (State)     (Zip Code)

Form approved by the Conference of Chief Circuit Judges.
Effective December 11, 2009
Use required after January 1, 2010
Page 1 of 5 – Petition for Stalking No Contact Order

## RESPONDENT INFORMATION
### (if known)

Name: __Beverly Davis__     DOB: _____

Sex: ☐ Male  ☒ Female     Race: __White__  Height: __5'5"__  Weight: __160__

Hair Color: __Brown__ _highlights_  Eye Color: __Brown__  Social Security #: XXX-XX-_____
(last 4 numbers)

Driver's License #: _____     License Plate #: _____

Other Numeric Identifier: __Bev__     Description: _____
(number - optional)     (e.g. passport #, military serial # or other)

☐ Home Address: _____
(Street/P.O. Box)     (City)     (State)     (Zip)

Name of Workplace: __Chase Bank__     Work Hours: __9 to 5__

☐ Work Address: __2301 N. Wisconsin Ave Peo, IL 6160__
(Street/P.O. Box)     (City)     (State)     (Zip)

Distinguishing Physical Features: _____
(tattoos, scars, etc.)

☐ Respondents address is unknown. Service by publication is requested (Section 2-206 (a) of the Code of Civil Procedure). Reasonable efforts to accomplish actual service must be shown by evidence or affidavit. (740 ILCS 21/60(c))

Respondent may be:
☐ considered armed and/or dangerous
☐ suicidal
☐ considered armed, dangerous and suicidal

I am requesting a Stalking No Contact Order because on or about __April 21 2013__, at __About__
(date)
__made Police Report on Stactes on Car Busted tail light__
(location)
the following occurred. (Be specific as to dates, events and location(s) and describe at least 2 incidents)
__Aug July 30 2011 Cull police at at work Bev Davis Dug her nails in more. have a Case No. 11-20660 Car has over 3,000 dollar in damages Made out Repost on Case 12-24854 Call on July 30 11 Case 11-9085 This Staiking has Been going on (both Parties)__

Page 2 of 5 Petition for Stalking No Contact Order

Since 2009 Bev Davis has inter
my home Drying my wing stactes on
all my Furniture, Talking Item from
my home and Then Bring them Back
I have Caught her Stacking my home
while She was on Vacation in 8 2012 (additional pages may be added

Venue is appropriate in this county because: ☑ the Petitioner resides here, ☐ the Respondent resides here,
☑ one or more acts of the alleged stalking occurred here (check all that apply).

## REMEDIES SECTION (Section 80)

Pursuant to the Stalking No Contact Order Act, the Petitioner seeks the following remedies:

1. ☑ That prohibits the respondent from threatening to commit or committing stalking personally or through third party.

2. ☐ That the Respondent may not contact the Petitioner and/or other protected persons in any way, directly, indirectly or through third parties, including, but not limited to, phone, written notes, mail, email, or fax.

3. ☑ That the Respondent be ordered to stay at least __300__ feet away from the Petitioner and/or other protected persons, and their residence, school, daycare, employment and any other specified place. That Respondent be prohibited from entering or remaining at the Petitioner's and/or other protected persons':

   ☑ place of residence, located at _____ 1404   N. Amber Pl

   ☐ place(s) of employment, located at _____

   ☐ school(s) or/ and daycare, located at _____

   ☑ and any of the following specified places, when Petitioner and/or other protected person are present: _____ Any location

3. ☐ That the Respondent be prohibited from possessing a Firearms Owners Identification Card, or possessing or buying firearms.

4. ☐ Other injunctive relief as follows:

   _____
   _____

WHEREFORE, Petitioner moves the Court to grant the relief requested in this petition.

## VERIFICATION

UNDER THE PENALTIES OF PERJURY AS PROVIDED BY LAW PURSUANT TO SECTION 1-109 OF THE CODE OF CIVIL PROCEDURE, THE UNDERSIGNED CERTIFIES THAT THE STATEMENTS SET FORTH IN THIS INSTRUMENT ARE TRUE AND CORRECT, EXCEPT AS TO MATTERS HEREIN STATED TO BE ON INFORMATION AND BELIEF AND AS TO SUCH MATTERS THE UNDERSIGNED CERTIFIES AS AFORESAID THAT THE UNDERSIGNED VERILY BELIEVES THE SAME TO BE TRUE.

_Heurlestene Randle_

Signature of Petitioner
Petitioner's Attorney or Petitioner if not represented by an attorney
Name: _____
Telephone Number _____
Address _____
City/State/Zip _____

## DEFINITION OF TERMS USED IN THIS PETITION

1.  **Stalking No Contact Order:** an emergency order or plenary order granted under the Stalking No Contact Order Act (the Act); which includes any remedy authorized by 740 ILCS 21/80.

2.  **Course of Conduct:** means two or more acts, including but not limited to acts in which a respondent directly, indirectly, or through third parties, by any action, method, device, or means communicates to or about, a person, engages in other contact, or interferes with or damages a person's property or pet. A course of conduct may include contact via electronic communications. The incarceration of a person in penal institution who commits the course of conduct is not a bar to prosecution under this Section.

3.  **Emotional distress:** means significant mental suffering, anxiety or alarm.

4.  **Contact:** includes any contact with the victim, that is initiated or continued without the victim's consent, or that is in disregard of the victim's expressed desire that the contact be avoided or discontinued, including but not limited to being in the physical presence of the victim; appearing within the sight of the victim; approaching or confronting the victim in a public place or on private property; appearing at the workplace or residence of the victim; entering onto or remaining on property owned, leased, or occupied by the victim; or placing an object on, or delivering an object to, property owned, leased, or occupied by the victim.

5.  **Petitioner:** means any named petitioner for the stalking no contact order or any named victim of stalking on whose behalf the petition is brought.

6.  **Reasonable Person:** means a person in the petitioner's circumstances with the petitioner's knowledge of the respondent and the respondent's prior acts.

7.   **Stalking:** means engaging in a course of conduct directed a specific person, and he or she knows or should know that this course of conduct would cause a reasonable person to fear for his or her safety or the safety of a third person or suffer emotional distress. Stalking does not include an exercise of the right to free speech or assembly that is otherwise lawful or picketing occurring at the workplace that is otherwise lawful and arises out of a bona fide labor dispute, including any controversy concerning wages, salaries, hours, working conditions or benefits, including health and welfare, sick leave, insurance, and pension or retirement provisions, the making or maintaining of collective bargaining agreements, and the terms to be included in those agreements.

ILLINOIS DEPARTMENT OF

# Human Rights

Pat Quinn, Governor
Rocco J. Claps, Director

AUGUST  28,  2012

HURLESTINE  RANDLE
722  W  MELBOURNE  AVE
PEORIA,  IL  61604

RE:  CHARGE  NO :  2013-SF-0498
RESPONDENT:  JP MORGAN CHANSE BANK NA

**Complaint or Civil Action Filing Dates:**   **08/23/13  THROUGH  11/20/13**

Dear Complainant:

You have filed a discrimination charge under the Human Rights Act. A copy of the charge has been served on the Respondent. Keep this letter for reference if you need to telephone or come to the Department of Human Rights (Department). If there is an "A", "E", or "F" in your charge number, we are enclosing an important notice from the Federal Equal Employment Opportunity Commission because your charge has been automatically filed with that agency.

If the charge involves the basis of disability, the Department requires two additional forms to determine whether the Department has jurisdiction over your identified medical condition. If we do not have copies of these documents in your file, we have included copies with this notice.

   **(1) Medical Questionnaire.**
   Please give the Medical Questionnaire to your physician for completion. Request your physician to return the completed medical questionnaire to the Department by mail to the Department's address below within 30 days of your receipt of this notice; and

   **(2) Consent Form.**
   The Consent Form allows the Department to review your physician's documentation. Please fill out the consent form and return it to the Department, again, **within 30 days** of your receipt of this notice.

If your charge does not involve the basis of disability, then the Medical Questionnaire and Consent Form are not needed and are not enclosed.

When a fact-finding conference is scheduled, you will be advised of the date. It is your responsibility to cooperate with the Department's investigation and provide all pertinent information you have concerning the case by the dates requested.

222 S. College, Room 101, Springfield, Illinois 62704, 217-785-5100, 866-740-3953 (TTY)

Page 2.

You have the right to file a complaint with the Human Rights Commission or commence a civil action in the appropriate circuit court, if the Department has not completed your case by issuing its report of findings within 365 days from the date you filed your PERFECTED (signed and notarized) charge or within any extension of that time to which you and the Respondent have agreed in writing.

**Within 90 days of the expiration of the 365 days or extension (see above paragraph), if you so choose, you may file a complaint with the Human Rights Commission or commence a civil action in the appropriate circuit court. We have calculated the time above (see Complaint or Civil Action Filing Dates). While we have made this calculation with the best of intentions, errors can occur. The Commission has ruled that it is your responsibility to count the number of days properly. If you file a complaint or commence a civil action in circuit court outside this 90-day period, the Commission may dismiss your complaint; or, your civil action may be deemed untimely.**

Once 455 days (or the extended time) have passed, DHR must dismiss your charge with prejudice without any further right to proceed if you have not filed a complaint with the Commission, or commenced a civil action in the appropriate circuit court. Therefore, you may wish to contact an attorney to decide the best way for you to handle your case. If you file a complaint with the Human Rights Commission, the form of the complaint must be in accordance with Section 7A-102(F) of the Human Rights Act. You must serve a copy of the complaint filed with the Human Rights Commission on the Department, on the same day that you file a complaint with the Commission. The Commission will then schedule a hearing for your case before an Administrative Law Judge. If you commence a civil action in a circuit court, the form of the complaint must be in accordance with the Illinois Code of Civil Procedure. If you file a complaint with the Human Rights Commission, you may not later commence a civil action in circuit court.

*You must advise the Department of all changes of name, address or telephone numbers. If you do not do so, the Department may dismiss your case if it cannot locate you.*

1509-0059 IN-6 NON-MED S
02/2010



**U.S EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**

**Chicago District Office**

500 West Madison St., Suite 2000
Chicago, Il 60661-2511
PH: (312) 353-2713
TDD: (312) 353-2421
ENFORCEMENT FAX: (312) 886-1168
LEGAL FAX: (312) 353-8555

*Joyce*

**IMPORTANT NOTICE. PLEASE READ CAREFULLY. KEEP THIS
NOTICE WITH YOUR OTHER RECORDS OF THIS CHARGE.
THIS MAY BE THE ONLY NOTIFICATION FROM EEOC.**

**IDHR CHARGE NUMBER:**  2013SF0498       RANDLE  HURLESTINE

# EEOC NOTICE OF CHARGE FILED

You are filing a charge of employment discrimination with the Illinois Department of Human Rights (IDHR).

As a result of an agreement between the Illinois Department of Human Rights (IDHR) and the U. S. Equal Employment Opportunity Commission (EEOC), the EEOC will also receive for filing the subject charge of discrimination.

You are encouraged to cooperate with the IDHR in the investigation of your charge. The final findings and orders of that agency may be adopted by the EEOC.

The IDHR will process your charge. Under Section 1601.76 of EEOC's regulations, you are entitled to request that EEOC review the IDHR's investigation and findings. To obtain this review, you must request it by writing to this office within 15 days of your receipt of the IDHR's final findings of your case. If we do not receive such a request for a review, EEOC will likely accept the IDHR's findings without any review or any other processing by EEOC.

EEOC regulations require that you notify us of any change in address and keep us informed of any prolonged absence from your current address. Your cooperation in this matter is essential.

*PLEASE NOTE: BUILDING SECURITY PROCEDURES PRESENTLY IN PLACE DO NOT PERMIT ACCESS TO EEOC WITHOUT AN APPOINTMENT. IF AN APPOINTMENT IS REQUIRED, CALL (312) 353-2713 OR 1-800-669-4000.*

# CHARGE OF DISCRIMINATION

This form is affected by the Privacy Act of 1974: See Privacy act statement before completing this form.

#13M0820.02

| AGENCY | CHARGE NUMBER |
|---|---|
| ☒ IDHR | 2013 SF OH 98 |
| ☐ EEOC | |

## Illinois Department of Human Rights and EEOC

| NAME OF COMPLAINANT (indicate Mr. Ms. Mrs.) | TELEPHONE NUMBER (include area code) |
|---|---|
| Hurlestine Randle | 309-686-3783 |

| STREET ADDRESS | CITY, STATE AND ZIP CODE | DATE OF BIRTH |
|---|---|---|
| 722 W. Melbourne Ave | Peoria, IL 61604 | M / D / Y |

NAMED IS THE EMPLOYER, LABOR ORGANIZATION, EMPLOYMENT AGENCY, APPRENTICESHIP COMMITTEE, STATE OR LOCAL GOVERNMENT AGENCY WHO DISCRIMINATED AGAINST ME (IF MORE THAN ONE LIST BELOW)

| NAME OF RESPONDENT | NUMBER OF EMPLOYEES, MEMBERS 15- | TELEPHONE NUMBER (include area code) |
|---|---|---|
| JP Morgan Chase Bank | | 309-672-6218 |

| STREET ADDRESS | CITY, STATE AND ZIP CODE | COUNTY |
|---|---|---|
| 2301 W. Wisconsin Ave | Peoria, IL 61603 | Peoria |

| CAUSE OF DISCRIMINATION BASED ON: | DATE OF DISCRIMINATION EARLIEST (ADEA/EPA) LATEST (ALL) |
|---|---|
| RACE | July 2012 |
| | ☐ CONTINUING ACTION |

THE PARTICULARS OF THE CHARGE ARE AS FOLLOWS:

## CHARGE ATTACHED

RECEIVED
AUG 23 2012
Dept. of Human Rights

---

Page 1 of 1

I also want this charge filed with the EEOC. I will advise the agencies if I change my address or telephone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures.

SUBSCRIBED AND SWORN TO BEFORE ME

THIS 8 DAY OF 21 2011 2012

X *Diana L Stewart-Peters*
NOTARY SIGNATURE

"OFFICIAL SEAL"
DIANA L STEWART-PETERS
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES APRIL 20, 2014

X *Hurlestine Randle* 8/21/2012
SIGNATURE OF COMPLAINANT          DATE

I declare under penalty that the foregoing is true and correct I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief

NOTARY STAMP

EEO-5 FORM (Rev. 11/09-INT)

IDHR Charge - Hurlestine Randle

Attachment to Question 6.

A.  Retaliation for Filing Race Discrimination Complaint

On or about July 15, 2010, I filed a racial harassment complaint against Greg Haney, White, Branch Manager and Bev Davis, White, Assistant Branch Manager.  The Retaliation Department at Corporate investigated my complaint and found the managers had engaged in inappropriate behavior.

Since the decision Haney and Davis have repeatedly engaged in acts of retaliation towards me.  Some examples being:

1.  February 2011 straight pins were placed in neck lining and the sleeves of my coat.
2.  August 2011 glue was placed on the mat in front of my work area.  It was so sticky my shoe stuck to the mat.
3.  January 2012 caught Haney trying to put a powdery substance in my coffee.
4.  June 2012 Davis threw a round piece of metal and hit me on the back of my right arm.

I have reported these and other incidents to corporate, but they failed to take action to stop the behavior.  Around the last week of July 2012, I told Jennifer Devine, Human Resources Corporate that Haney and Davis's retaliatory behavior has gone on long enough.  Devine mentioned both were being investigated, but still trying to gather proof of their behavior.


B.  Race – Hostile Work Environment

I am the only Black employee working at branch office.  Since July 15, 2010, Haney and Davis have continuously pulled pranks, excluded me from meetings and failed to provide me pertinent information.  Their behavior has severely impacted my work environment.  Some examples include:

1.  My telephone was tampered with.  A block was put on my phone so I could not transfer calls
2.  Employee meetings were set at a time I could not attend
3.  My work hours were cut
4.  Haney and Davis have gone into my money drawer and exchanged money.  Entering another employee's drawer is grounds for termination
5.  Failed to notify me that the branch had received a threat of physical violence.  When I called corporate to complain was told lack of notification was a breach of policy
6.  Davis's daughter brought a black doll into work.  After showing it to me, I overheard Davis in the manager's office laughing

RECEIVED
AUG 17 2012
Dept. of Hum

# IDHR Notice to Parties

## The Cooper v. Salazar injunction

The Illinois Department of Human Rights ("Department") is under a federal-court injunction that, among other things, orders the Department:

> "to cease permanently from relying on credibility determinations made without affording the rights of confrontation and cross-examination".

See, Cooper v. Salazar, #98 C 2930, U.S. District Court for the Northern District of Illinois, Order dated November 1, 2001, at p. 26, ¶1.

## Meaning of the Cooper Injunction

The Department cannot assess the credibility of Complainant's testimony, the testimony of Complainant's witnesses or the testimony of Respondent's representatives or the witnesses of Respondent where there is conflicting testimony. In other words, if the determination of substantial evidence turns on issues of credibility, the Department should make a finding of substantial evidence so that a trier of fact may resolve those issues of credibility. This means that if a determination of lack of substantial evidence requires the Department to make a finding of fact as to conflicting evidence, the Department will make a finding of substantial evidence so that credibility may be resolved by the Human Rights Commission at a Public Hearing.

The Illinois Human Rights Act defines "substantial evidence" as:

> "evidence which a reasonable mind accepts as sufficient to support a particular conclusion and which consists of more than a mere scintilla but may be somewhat less than a preponderance". Illinois Human Rights Act §7A-102(D)(2), codified at 775 ILCS 5/7A-102(D)(2).

## The meaning of credibility

The Illinois Department of Human Rights is an investigatory agency. The Department's purpose is to gather all of the evidence from each of the parties as to whether Respondent may or may not have discriminated against the Complainant within the meaning of the Illinois Human Rights Act. The Department's purpose is to review all of the evidence and make a determination based upon the law as to whether there is sufficient evidence of discrimination to file a complaint against the Respondent with the Illinois Human Rights Commission. The Department will not make a finding that evidence submitted by a party is either believable or not believable. Thus, the Department will not base its findings on the fact that one of the parties is not telling the truth or that one party's evidence is not believable. If the resolution of the charge of discrimination requires believing the evidence of one party over another party, the Department will make a finding of Substantial Evidence and refer the matter to the Illinois Human Rights Commission so that a trier of fact may resolve the case.

## Conflicting evidence exists when there are:

1) Statements of a person with material first hand knowledge contradicted by statements of a different person with material first hand knowledge.

2) Business records contradicted by oral statements of a person with material first hand knowledge.

3) Business records of one person contradicted by business records of another person.

| CHARGE OF DISCRIMINATION | AGENCY | CHARGE NUMBER |
|---|---|---|
| This form is affected by the Privacy Act of 1974: See Privacy act statement before completing this form.<br><br>**13M0820.02A** | ☒ IDHR<br><br>☐ EEOC | 2013SF0498<br>21BA22549Ms. |

## Illinois Department of Human Rights and EEOC

| NAME OF COMPLAINANT (indicate Mr. Ms. Mrs.)<br><br>**Ms. Hurlestine Randle** | TELEPHONE NUMBER (include area code)<br>**(309) 686-3783** |
|---|---|

| STREET ADDRESS<br><br>**722 W. Melbourne Avenue** | CITY, STATE AND ZIP CODE<br><br>**Peoria, IL 61604** | DATE OF BIRTH<br>M    D    YEAR |
|---|---|---|

NAMED IS THE EMPLOYER, LABOR ORGANIZATION, EMPLOYMENT AGENCY, APPRENTICESHIP COMMITTEE, STATE OR LOCAL GOVERNMENT AGENCY WHO DISCRIMINATED AGAINST ME (IF MORE THAN ONE LIST BELOW)

| NAME OF RESPONDENT<br><br>**JP Morgan Chase Bank, NA** | NUMBER OF EMPLOYEES, MEMBERS<br>15+ | TELEPHONE NUMBER (include area code)<br>**(309) 672-6218** |
|---|---|---|

| STREET ADDRESS<br><br>**2301 W. Wisconsin Avenue** | CITY, STATE AND ZIP CODE<br><br>**Peoria, IL 61603** | COUNTY<br>**Peoria** |
|---|---|---|

| CAUSE OF DISCRIMINATION BASED ON:<br><br>**Race** | DATE OF DISCRIMINATION<br>EARLIEST (ADEA/EPA)  LATEST (ALL)<br>July 2012<br>☐ CONTINUING ACTION |
|---|---|

THE PARTICULARS OF THE CHARGE ARE AS FOLLOWS:

### TECHNICAL AMENDMENT

**\*This Technical Amendment is being made to correct Respondent's legal name.**

### SE AETTACHED CHARGE

**RECEIVED**

MAR 11 2013

Dept. of Human Rights

| I also want this charge filed with the EEOC. I will advise the agencies if I change my address or telephone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | SUBSCRIBED AND SWORN TO BEFORE ME<br>THIS _8th_ DAY OF _March_ , 2013.<br><br>_____<br>NOTARY SIGNATURE |
|---|---|

| "OFFICIAL SEAL"<br>MICKAYLA HUGHBANKS<br>Notary Public - State of Illinois<br>My Commission Expires November 26, 2016<br><br>NOTARY STAMP | X _Hurlestine Randle_<br>SIGNATURE OF COMPLAINANT          DATE<br>I declare under penalty that the foregoing is true and correct I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief. |
|---|---|

EEO-5 FORM (Rev. 2/09-INT)

# CHARGE OF DISCRIMINATION

This form is affected by the Privacy Act of 1974: See Privacy act statement before completing this form.

#13M0820.02

| AGENCY | CHARGE NUMBER |
|---|---|
| ☒ IDHR | 2013SF0498 |
| ☐ EEOC | |

Illinois Department of Human Rights and EEOC

| NAME OF COMPLAINANT (indicate Mr. Ms. Mrs.) | TELEPHONE NUMBER (include area code) |
|---|---|
| Hurlestine Randle | 309-686-3783 |

| STREET ADDRESS | CITY, STATE AND ZIP CODE | DATE OF BIRTH | | |
|---|---|---|---|---|
| 722 W. Melbourne Ave | Peoria, IL 61604 | / / | | |
| | | M | D | Y |

NAMED IS THE EMPLOYER, LABOR ORGANIZATION, EMPLOYMENT AGENCY, APPRENTICESHIP COMMITTEE, STATE OR LOCAL GOVERNMENT AGENCY WHO DISCRIMINATED AGAINST ME (IF MORE THAN ONE LIST BELOW)

| NAME OF RESPONDENT | NUMBER OF EMPLOYEES, MEMBERS 15+ | TELEPHONE NUMBER (include area code) |
|---|---|---|
| JP Morgan Chase Bank | | 309-672-6218 |

| STREET ADDRESS | CITY, STATE AND ZIP CODE | COUNTY |
|---|---|---|
| 2301 W. Wisconsin Ave | Peoria, IL 61603 | Peoria |

| CAUSE OF DISCRIMINATION BASED ON: | DATE OF DISCRIMINATION EARLIEST (ADEA/EPA) LATEST (ALL) |
|---|---|
| RACE | July 2012 |
| | ☐ CONTINUING ACTION |

THE PARTICULARS OF THE CHARGE ARE AS FOLLOWS:

**CHARGE ATTACHED**

RECEIVED
AUG 23 2012
Dept. of Human Rights

Page 1 of 1

I also want this charge filed with the EEOC. I will advise the agencies if I change my address or telephone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures.

SUBSCRIBED AND SWORN TO BEFORE ME
THIS 8 DAY OF 21 2011 2012

X _Diana L Stewart Peters_
NOTARY SIGNATURE

"OFFICIAL SEAL"
DIANA L STEWART-PETERS
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES APRIL 29, 2014

NOTARY STAMP

X _Hurlestine Randle_ 8/21/20
SIGNATURE OF COMPLAINANT      DATE

I declare under penalty that the foregoing is true and correct I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief

EEO-5 FORM (Rev. 11/09-INT)

IDHR Charge - Hurlestine Randle

Attachment to Question 6.

A.    Retaliation for Filing Race Discrimination Complaint

On or about July 15, 2010, I filed a racial harassment complaint against Greg Haney, White, Branch Manager and Bev Davis, White, Assistant Branch Manager.   The Retaliation Department at Corporate investigated my complaint and found the managers had engaged in inappropriate behavior.

Since the decision Haney and Davis have repeatedly engaged in acts of retaliation towards me.  Some examples being:

1.  February 2011 straight pins were placed in neck lining and the sleeves of my coat.
2.  August 2011 glue was placed on the mat in front of my work area.  It was so sticky my shoe stuck to the mat.
3.  January 2012 caught Haney trying to put a powdery substance in my coffee.
4.  June 2012 Davis threw a round piece of metal and hit me on the back of my right arm.

I have reported these and other incidents to corporate, but they failed to take action to stop the behavior.   Around the last week of July 2012, I told Jennifer Devine, Human Resources Corporate that Haney and Davis's retaliatory behavior has gone on long enough. Devine mentioned both were being investigated, but still trying to gather proof of their behavior.


B.    Race – Hostile Work Environment

I am the only Black employee working at branch office.  Since July 15, 2010, Haney and Davis have continuously pulled pranks, excluded me from meetings and failed to provide me pertinent information.  Their behavior has severely impacted my work environment. Some examples include:

1.  My telephone was tampered with.  A block was put on my phone so I could not transfer calls
2.  Employee meetings were set at a time I could not attend
3.  My work hours were cut
4.  Haney and Davis have gone into my money drawer and exchanged money.  Entering another employee's drawer is grounds for termination
5.  Failed to notify me that the branch had received a threat of physical violence.  When I called corporate to complain was told lack of notification was a breach of policy
6.  Davis's daughter brought a black doll into work.  After showing it to me, I overheard Davis in the manager's office laughing

RECEIVED
AUG 17 2012
Dept. of Human Rights

EEOC Form 161 (11/09)

### U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

### DISMISSAL AND NOTICE OF RIGHTS

| | |
|---|---|
| To: **Hurlestine Randle**<br>**722 W Melbourne Ave**<br>**Peoria, IL 61604** | From: **Chicago District Office**<br>**500 West Madison St**<br>**Suite 2000**<br>**Chicago, IL 60661** |

| | |
|---|---|
| ☐ | *On behalf of person(s) aggrieved whose identity is*<br>*CONFIDENTIAL (29 CFR §1601.7(a))* |

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| **21B-2012-02549** | **Daniel Gajda,**<br>**Investigator** | **(312) 869-8131** |

### THE EEOC IS CLOSING ITS FILE ON THIS CHARGE FOR THE FOLLOWING REASON:

| | |
|---|---|
| ☐ | The facts alleged in the charge fail to state a claim under any of the statutes enforced by the EEOC. |
| ☐ | Your allegations did not involve a disability as defined by the Americans With Disabilities Act. |
| ☐ | The Respondent employs less than the required number of employees or is not otherwise covered by the statutes. |
| ☐ | Your charge was not timely filed with EEOC; in other words, you waited too long after the date(s) of the alleged discrimination to file your charge |
| ☒ | The EEOC issues the following determination:  Based upon its investigation, the EEOC is unable to conclude that the information obtained establishes violations of the statutes.  This does not certify that the respondent is in compliance with the statutes.  No finding is made as to any other issues that might be construed as having been raised by this charge. |
| ☐ | The EEOC has adopted the findings of the state or local fair employment practices agency that investigated this charge. |
| ☐ | Other *(briefly state)* |

### - NOTICE OF SUIT RIGHTS -
*(See the additional information attached to this form.)*

**Title VII, the Americans with Disabilities Act, the Genetic Information Nondiscrimination Act, or the Age Discrimination in Employment Act:** This will be the only notice of dismissal and of your right to sue that we will send you. You may file a lawsuit against the respondent(s) under federal law based on this charge in federal or state court.  Your lawsuit **must be filed** <u>WITHIN 90 DAYS</u> of your receipt of this notice; or your right to sue based on this charge will be lost.  (The time limit for filing suit based on a claim under state law may be different.)

**Equal Pay Act (EPA):**  EPA suits must be filed in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment.  This means that **backpay due for any violations that occurred <u>more than 2 years (3 years)</u> before you file suit may not be collectible.**

On behalf of the Commission

*John P. Rowe*                          9/26/13

enclosure(s)

**John P. Rowe,**
**District Director**
*(Date Mailed)*

cc:     **Carol D. Brookins**
**VP- Legal and Compliance, Human Resources Law**
**JP MORGAN CHASE**
**10790 Rancho Bernardo Road**
**San Diego, CA 92127**

 **U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**
**Chicago District Office**

500 West Madison Street, Suite 2000
Chicago, IL 60661
PH: (312) 869-8000
TTY: (312) 869-8001
ENFORCEMENT FAX: (312) 869-8220
STATE & LOCAL FAX: (312) 869-8077
LEGAL FAX: (312) 869-8124

FILE REVIEWS FAX: (312) 869-8220
MEDIATION: (312) 869-8060
HEARINGS FAX: (312) 869-8125

# NOTICE OF DISCLOSURE RIGHTS

Parties to an EEOC charge are entitled to review and obtain copies of documents contained in their investigative file. Requests must be made in writing to **Sylvia Bustos** and either mailed to the address above, faxed to **(312) 869-8220** or sent via email to sylvia.bustos@eeoc.gov (please chose only one method, no duplicate requests).

If you are the Charging Party and a RIGHT TO SUE has been issued, you may be granted access to your file:

*      <u>Before filing a lawsuit,</u> **but within 90 days of your receipt of the Right to Sue, or**

*      <u>After your lawsuit has been filed.</u> **If more than 90 days have elapsed since your receipt of the Right to Sue, include with your request a copy of the entire court complaint (with court stamped docket number) or enough pages to determine whether it was filed based on the EEOC charge.**

If you are the ***Respondent*** you may be granted access to the file ***only after*** a lawsuit has been filed. Include with your request a copy of the court complaint that includes an official court stamped docket number.

Pursuant to federal statutes, certain documents, such as those which reflect the agency's deliberative process, will not be disclosed to either party.

You must sign an Agreement of Nondisclosure **before** you are granted access to the file, which will be sent to you after receipt of your written request. (Statutes enforced by the EEOC prohibit the agency from making investigative information public.)

The process for access to the file will begin no later than ten (10) days following receipt of your request.

When the file becomes available for review, you will be contacted. You may review the file in our offices and/or request that a copy of the file be sent to you. Files may not be removed from the office.

Your file will be copied by **Aloha Document Services, 60 East Van Buren, Suite 1502, Chicago, IL 60605, (312) 542-1300.** You are responsible for the copying costs and must sign an agreement to pay these costs before the file will be sent to the copy service. Therefore, **it is recommended that you first review your file** to determine what documents, if any, you want copied. EEOC will not review your file or provide a count of the pages contained in it. If you choose not to review your file, it will be sent **in its entirety** to the copy service, **and you will be responsible for the cost.** Payment must be made directly to **Aloha Document Services,** which charges 15 cents per page.

(Revised 09/5/12, previous copies obsolete)

# FILING SUIT IN COURT OF COMPETENT JURISDICTION

**PRIVATE SUIT RIGHTS:**

This issuance of this Notice of Right to Sue ends EEOC's process with respect to your charge. You may file a lawsuit against the respondent named in your charge within 90 days from the date you receive this Notice. Therefore you should **keep a record of this date.** Once this 90-day period is over, your right to sue is lost. If you intend to consult an attorney, you should do so as soon as possible. Furthermore, in order to avoid any question that you did not act in a timely manner, if you intend to sue on your own behalf, your suit should be filed **well in advance of the expiration of the 90-day period.**

You may file your lawsuit in a court of competent jurisdiction. Filing this Notice is not sufficient. A court complaint must contain a short statement of the facts of your case which shows that you are entitled to relief. Generally, suits are brought in the state where the alleged unlawful practice occurred, but in some cases can be brought where relevant employment records are kept, where the employment would have been, or where the respondent has its main office.

You may contact EEOC if you have any questions about your rights, including advice on which court can hear your case, or if you need to inspect and copy information contained in the case file.

A lawsuit against a **private** employer is generally filed in the U.S. District Court.

A lawsuit under Title VII of the Civil Rights Act of 1964, as amended, against a **State agency or a political subdivision of the State** is also generally filed in the U.S. District Court.

However, a lawsuit under the Age Discrimination in Employment Act or the Americans with Disabilities Act or, probably, the Equal Pay Act against a **State instrumentality** (an agency directly funded and controlled by the State) **can only be filed in a State court.**

A lawsuit under the Age Discrimination in Employment Act or the Americans with Disabilities Act or the Equal Pay Act against a **political subdivision of the State,** such as municipalities and counties, may be filed in the U.S. District Court.

For a list of U.S. District Courts, please see reverse side.

**IF THE FIRST THREE CHARACTERS OF YOUR <u>EEOC CHARGE NUMBER</u> ARE "21B" <u>AND</u> YOUR CHARGE WAS INVESTIGATED BY THE ILLINOIS DEPARTMENT OF HUMAN RIGHTS (IDHR), REQUEST FOR REVIEWING AND COPYING DOCUMENTS FROM YOUR FILE <u>MUST</u> BE DIRECTED TO IDHR.**

**ATTORNEY REPRESENTATION:**

If you cannot afford or have been unable to obtain a lawyer to represent you, the court having jurisdiction in your case may, assist you in obtaining a lawyer. If you plan to ask the court to help you obtain a lawyer, you must make this request of the court in the form and manner it requires. Your request to the court should be made well before the end of the 90-day period mentioned above. A request for representation does not relieve you of the obligation to file a lawsuit within this 90-day period.

**DESTRUCTION OF FILE:**

If you file suit, you or your attorney should forward a copy of your court complaint to this office. Your file will then be preserved. Unless you have notified us that you have filed suit, your charge file could be destroyed as early as six months after the date of the Notice of Right to Sue.

**IF YOU FILE SUIT, YOU OR YOUR ATTORNEY SHOULD NOTIFY THIS OFFICE WHEN THE LAWSUIT IS RESOLVED.**

## Information on Where to File Suit

You have been notified of your right to file suit in Federal District Court.  Suit is ordinarily filed in the District Court having jurisdiction of the county in which the employer, against whom you filed a charge of employment discrimination, is located.  The telephone number listed for each District is that of the Clerk of the Court.

**U.S. District Court**
**Northern District of Illinois**
**Eastern Division at Chicago**
**219 South Dearborn Street**
**Chicago, Illinois  60604**
**312/435-5670**

Counties

| | |
|---|---|
| Cook | Kendall |
| DuPage | Lake |
| Grundy | LaSalle |
| Kane | Will |

**U.S. District Court**
**Northern District of Illinois**
**Western Division at Rockford**
**211 South Court Street**
**Federal Building**
**Rockford, Illinois  61101**
**815/987-4355**

Counties

| | |
|---|---|
| Boone | McHenry |
| Carroll | Ogle |
| DeKalb | Stephenson |
| JoDaviess | Whiteside |
| Lee | Winnebago |

**U.S. District Court**
**Southern District of Illinois**
**750 Missouri Avenue**
**East St. Louis, Illinois  62201**
**618/482-9370**

and

**301 West Main Street**
**Benton, Illinois  62812**
**618/438-0671**

Counties

| | |
|---|---|
| Alexander | Johnson |
| Bond | Lawrence |
| Calhoun | Madison |
| Clark | Marion |
| Clay | Massac |
| Clinton | Monroe |
| Crawford | Perry |
| Cumberland | Pope |
| Edwards | Pulaski |
| Effingham | Randolph |
| Fayette | Richland |
| Franklin | St. Clair |
| Gallatin | Saline |
| Hamilton | Union |
| Hardin | Wabash |
| Jackson | Washington |
| Jasper | Wayne |
| Jefferson | White |
| Jersey | Williamson |

**U.S. District Court**
**Central District of Illinois**
**Urbana Division**
**201 South Vine**
**218 U.S. Courthouse**
**Urbana, Illinois 61801**
**217/373-5830**

Counties

| | |
|---|---|
| Champaign | Kankakee |
| Coles | Macon |
| Douglas | Moultrie |
| Edgar | Piatt |
| Ford | Vermilion |
| Iroquois | |

**Peoria Division**

**100 N.E. Monroe Street**
**135 Federal Building**
**Peoria, Illinois  61602**
**309/671-7117**

Counties

| | |
|---|---|
| Bureau | McLean |
| Fulton | Peoria |
| Hancock | Putnam |
| Knox | Stark |
| Livingston | Tazewell |
| Marshall | Woodford |
| McDonough | |

**Rock Island Division**
**211 - 19th Street**
**Rock Island, Illinois  61201**
**309/793-5778**

Counties

| | |
|---|---|
| Henderson | Rock Island |
| Henry | Warren |
| Mercer | |

**Springfield Division**
**600 East Monroe Street**
**Springfield, Illinois  62701**
**217/492-4020**

Counties

| | | |
|---|---|---|
| Adams | Logan | Pike |
| Brown | Macoupin | Sangamon |
| Cass | Mason | Schuyler |
| Christian | Menard | Scott |
| DeWitt | Montgomery | Shelby |
| Greene | Morgan | |

# CHARGE OF DISCRIMINATION

This form is affected by the Privacy Act of 1974; See Privacy act statement before completing this form.

#13M0820.62

| AGENCY | CHARGE NUMBER |
|---|---|
| ☒ IDHR | 2013 SF0198 |
| ☐ EEOC | |

## Illinois Department of Human Rights and EEOC

| NAME OF COMPLAINANT (indicate Mr. Ms. Mrs.) | TELEPHONE NUMBER (include area code) |
|---|---|
| Hurlestine Randle | 309-686-3783 |

| STREET ADDRESS | CITY, STATE AND ZIP CODE | DATE OF BIRTH | | |
|---|---|---|---|---|
| 722 W. Melbourne Ave | Peoria, IL 61604 | / / | | |
| | | M | D | Y |

NAMED IS THE EMPLOYER, LABOR ORGANIZATION, EMPLOYMENT AGENCY, APPRENTICESHIP COMMITTEE, STATE OR LOCAL GOVERNMENT AGENCY WHO DISCRIMINATED AGAINST ME (IF MORE THAN ONE LIST BELOW)

| NAME OF RESPONDENT | NUMBER OF EMPLOYEES, MEMBERS 15- | TELEPHONE NUMBER (include area code) |
|---|---|---|
| JP Morgan Chase Bank | | 309-672-6218 |

| STREET ADDRESS | CITY, STATE AND ZIP CODE | COUNTY |
|---|---|---|
| 2301 W. Wisconsin Ave | Peoria, IL 61603 | Peoria |

| CAUSE OF DISCRIMINATION BASED ON: | DATE OF DISCRIMINATION EARLIEST (ADEA/EPA) LATEST (ALL) |
|---|---|
| RACE | July 2012 |
| | ☐ CONTINUING ACTION |

THE PARTICULARS OF THE CHARGE ARE AS FOLLOWS:

# CHARGE ATTACHED

RECEIVED
AUG 2 3 2012
Dept. of Human Rights

Page 1 of 1

I also want this charge filed with the EEOC. I will advise the agencies if I change my address or telephone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures.

SUBSCRIBED AND SWORN TO BEFORE ME

THIS 8 DAY OF 21 2012 ~~2011~~

X *Diana L Stewart-Peters*
NOTARY SIGNATURE

"OFFICIAL SEAL"
DIANA L STEWART-PETERS
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES APRIL 29, 2014

NOTARY STAMP

X *Hurlestine Randle* 8/21/20
SIGNATURE OF COMPLAINANT        DATE

I declare under penalty that the foregoing is true and correct I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief

EEO-5 FORM (Rev. 11/09-INT)

IDHR Charge - Hurlestine Randle

Attachment to Question 6.

A.   Retaliation for Filing Race Discrimination Complaint
On or about July 15, 2010, I filed a racial harassment complaint against Greg Haney, White, Branch Manager and Bev Davis, White, Assistant Branch Manager.   The Retaliation Department at Corporate investigated my complaint and found the managers had engaged in inappropriate behavior.

Since the decision Haney and Davis have repeatedly engaged in acts of retaliation towards me.  Some examples being:

1.   February 2011 straight pins were placed in neck lining and the sleeves of my coat.
2.   August 2011 glue was placed on the mat in front of my work area.  It was so sticky my shoe stuck to the mat.
3.   January 2012 caught Haney trying to put a powdery substance in my coffee.
4.   June 2012 Davis threw a round piece of metal and hit me on the back of my right arm.

I have reported these and other incidents to corporate, but they failed to take action to stop the behavior.   Around the last week of July 2012, I told Jennifer Devine, Human Resources Corporate that Haney and Davis's retaliatory behavior has gone on long enough. Devine mentioned both were being investigated, but still trying to gather proof of their behavior.


B.   Race – Hostile Work Environment
I am the only Black employee working at branch office.  Since July 15, 2010, Haney and Davis have continuously pulled pranks, excluded me from meetings and failed to provide me pertinent information.  Their behavior has severely impacted my work environment. Some examples include:

1.   My telephone was tampered with.  A block was put on my phone so I could not transfer calls
2.   Employee meetings were set at a time I could not attend
3.   My work hours were cut
4.   Haney and Davis have gone into my money drawer and exchanged money.  Entering another employee's drawer is grounds for termination
5.   Failed to notify me that the branch had received a threat of physical violence.  When I called corporate to complain was told lack of notification was a breach of policy
6.   Davis's daughter brought a black doll into work.  After showing it to me, I overheard Davis in the manager's office laughing

RECEIVED
AUG 1 7 2012
Dept. of Human Rights